NOTICE TO COUNSEL:

    To enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, counsel for a private (non-governmental) business, company, or corporation shall submit at the time of initial pleading this statement of corporate affiliations and financial interest.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

           v.                                                  Case No. _____

_____

DISCLOSURE OF CORPORATE AFFILIATIONS
AND FINANCIAL INTEREST

I, the undersigned counsel of record for _____, make the following disclosure:

1.    Is said party a subsidiary or affiliate of a publicly owned corporation?

        YES        NO

    If the answer is YES, list below and identify the parent corporation or affiliate and the relationship between it and the named party:

    _____

2.    Is there a publicly owned corporation, not a party to this case, that has a financial interest in the outcome?

        YES        NO

    If the answer is YES, list the identity of such corporation and the nature of the financial interest to the named party:

    _____

_____            _____
Signature of Counsel                                                Date

4/19/11