# RATZEL & ASSOCIATES, LLC

*Attorneys at Law*  *Established 1998*

**Mary Lee Ratzel** 3330 North Springdale Road
**James C. Ratzel** Brookfield, WI 53045
**Linda M. Sinitz** Telephone (262) 781-1911
**Brenda A. Colina** Facsimile (262) 781-0429

**Paralegals:** **Office Manager:**
**Lisa M. Mellone** **Michelle L. Dollar**
**Faten Alhwari**
**Marcella Pabst**

November 14, 2022

### *DELIVERED VIA ELECTRONIC FILING*

Julie D.
Deputy Clerk

*Re:* United States vs. Leaf Property Investments, LLC et al.
United States District Court No. 2:22-cv-01037-BHL

Dear Madam Clerk:

The Court has recently scheduled a telephonic conference on December 16, 2022 at 2:30 p.m. On the same day I am scheduled to attend a status conference in a case in Jefferson County Circuit Court at 2:30 p.m. I expect that conference will last about 15 – 20 minutes. I am not certain of this Courts calendar on December 16th, but I am inquiring as to whether the conference in this case could be moved to either 3:00 p.m. or prior to 2:00 p.m. so as to allow my participation both in this conference and the one in Jefferson County. Both Courts are seeking the lawyer's attendance who has the most knowledge and involvement of the case. Thank you.

Very truly yours,

RATZEL & ASSOCIATES, LLC

*/s/ James C. Ratzel*
James C. Ratzel
*jratzel@ratzel-law.com*
JCR/mmp