UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                            Case No. 22-CV-1037

LEAF PROPERTY INVESTMENTS, LLC.,
ET AL.,

      Defendants.

---

## SCHEDULING ORDER

On December 14, 2022, the court conducted a telephonic scheduling conference pursuant to Fed. R. Civ. P. 16. Appearing on behalf of the plaintiff were Attorneys Lauren Marks and Charles A. Guadagnino. Appearing on behalf of defendants were Attorneys James C. Ratzel and Brenda Colina.

**IT IS HEREBY ORDERED,**

1. The parties shall make their initial disclosures to the opposing party in accordance with Fed. R. Civ. P. 26(a) no later than **January 16, 2023**.

2. The parties may join other parties and amend the pleadings without leave of court no later than **January 31, 2023**.

3. The plaintiff shall disclose expert witnesses in accordance with Civil L.R. 26(b) no later than **September 22, 2023**.

4. The defendant shall disclose expert witnesses in accordance with Civil L.R. 26(b) no later than **December 22, 2023**.

5. Counsel shall meet and discuss settlement prior to **December 31, 2023**. If they wish the court refer the matter to another magistrate judge of this district for purposes of mediation, they shall so advise the court no later than 60 days in advance of the **December 31, 2023,** deadline so as to be able to complete the mediation by the deadline.

6. All discovery is to be completed by **February 19, 2024**. Pursuant to Civil Local Rule 26(c), depositions to preserve testimony for trial, so-called "trial depositions," are to be completed by this date. Boilerplate objections to discovery requests are not to be used. In the event a responding party has an objection to a particular discovery request, the objection is to be stated with specificity. The response should also indicate whether some or all of the requested information or documents are NOT being produced on the basis of an objection.

7. All motions for summary judgment together with the moving party's principal materials in support of the motion are to be filed in accordance with Civil L.R. 56 no later than **March 21, 2024**.

8. The court will schedule a telephonic scheduling conference to discuss further scheduling if no summary judgment motions are filed or if resolution of the summary judgment motions does not dispose of the case in its entirety.

9. Any request for court action must be filed as a motion. A joint request should be filed as a joint motion. Aside from a stipulation to dismiss under Fed. R. Civ. P. 41(a)(1)(A)(ii), the court will not take any action on stipulations.

Dated at Milwaukee, Wisconsin this 15th day of December, 2022.

WILLIAM E. DUFFIN
U.S. Magistrate Judge