# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      Case No. 22-CV-1037

LEAF PROPERTY INVESTMENTS LLC, et al.,

    Defendant.

## ORDER

Pursuant to 28 U.S.C. § 455(a) and Canon 3 of the Code of Conduct for United States Judges, I hereby recuse myself from any further proceedings in this matter. This matter is returned to the Clerk's Office for random reassignment to another judge.

**SO ORDERED.**

Dated at Milwaukee, Wisconsin this 17th day of March, 2023.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge