

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Wisconsin*

| | |
|---|---|
| 517 East Wisconsin Avenue | 414 /297-1700 |
| Milwaukee, WI 53202 | |

September 27, 2023

Honorable Judge Brett H. Ludwig
310 Federal Courthouse
517 E. Wisconsin Avenue
Milwaukee, WI 53202

    Re:    *United States v. Sam James Leaf, et al.*
               Case No. 22-cv-01037

Dear Judge Ludwig:

Pursuant to the scheduling order issued in this case, if the parties wish to have the matter referred to a magistrate judge of this district for the purpose of mediation, they are required to so advise the Court no later than 60-days in advance of the December 31, 2023, deadline to meet and discuss settlement. Doc. No. 19, p. 2. While the parties plan to engage in settlement discussions on their own, this is to advise the Court that the parties respectfully request such a referral to a magistrate to be scheduled for convenient dates during the early portion of December 2023.

The parties thank the Court for the attention it will give to this.

                          Sincerely,

                          GREGORY J. HAANSTAD
                          United States Attorney

            By:    *electronically filed by Charles A. Guadagnino*
                      CHARLES A. GUADAGNINO
                      Assistant United States Attorney