UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.    Case No. 2:22-CV-01037-BHL

LEAF PROPERTY INVESTMENTS, LLC,
SAM JAMES LEAF, and
DENNIS PARKER,

    Defendants.

## NOTICE OF WITHDRAWAL AS COUNSEL

Pursuant to Civil L. R. 7.1 (e)(1), Abigail A. Nurse withdraws as counsel for Plaintiff the United States of America.

Respectfully submitted this 1st day of December, 2023.

    KRISTEN CLARKE
    Assistant Attorney General
    Civil Rights Division

    */s/ Abigail A. Nurse*
    CARRIE PAGNUCCO
    Chief
    TIMOTHY J. MORAN
    Deputy Chief
    ABIGAIL A. NURSE
    Trial Attorney
    U.S. Department of Justice
    Civil Rights Division
    Housing and Civil Enforcement Section
    950 Pennsylvania Avenue, NW – 4CON
    Washington, DC 20530
    Phone: (202) 532-3876

1

Fax: (202) 514-1676
E-mail:Abigail.Nurse@usdoj.gov

Attorney for Plaintiff
United States of America